# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JORDAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SAM'S WEST, INC., an Arkansas Corporation; WALMART, INC., a Delaware Corporation; ERIK DOE, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO.: 2:21−cv−02660-MCS-JC <br><br> **ORDER REMANDING CASE** |

Having considered the parties' Joint Stipulation to Remand Matter to State Court ("Stipulation," ECF No. 8) and good cause appearing, the Court grants the Stipulation and orders that this matter is remanded to the Superior Court of California for the County of Los Angeles, No. 20STCV28367. The Clerk of Court shall close the case.

**IT IS SO ORDERED**

Dated: June 1, 2021

*/s/ Mark C. Scarsi*
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1